## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. SHERRY ELLIS | ) | |
| 2. CARLA RAINES | ) | |
| 3. REGINA COPELAND | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. CIV-16-019-HE |
| v. | ) | |
| | ) | |
| 1. DANIEL HOLTZCLAW, individually, | ) | |
| 2. THE CITY OF OKLAHOMA CITY, | ) | |
| OKLAHOMA, a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### RESPONSE OF DEFENDANT DANIEL HOLTZCLAW TO PLAINTIFF'S MOTION TO DEPOSE DANIEL HOLTZCLAW WITH AUTHORITY

COMES NOW the defendant, Daniel Holtzclaw, and in response to plaintiff's Motion to Depose Daniel Holtzclaw with Authority would show the Court that contrary to the assertions in plaintiff's motion, defendant Holtzclaw is not confined in the Oklahoma County Jail. Defendant Holtzclaw was transferred out of state to another penal institution on or about January 29th of this year. Further, defendant Holtzclaw is not awaiting formal sentencing; he was sentenced on January 21, 2016 by Judge Henderson in Oklahoma County. Defendant Holtzclaw is appealing his conviction of December 11, 2015.

Respectfully submitted,

 s/ Susan Ann Knight
Susan Ann Knight, OBA #14594
Manchester & Knight, PLLC
One Leadership Square, Suite 800 N
211 North Robinson
Oklahoma City, Oklahoma, 73102
Telephone: (405)235-4671
Facsimile:  (405)235-5247
Attorney for Defendant Daniel Holtzclaw

## CERTIFICATE OF MAILING

This is to certify that on this 5th day of July, 2016, a true and correct copy of the above and foregoing was served on the following, who are registered participants of the ECF System:

Mark Hammons
Leah M. Roper
Hammons, Gowens, Hurst & Associates
325 Dean A. McGee Avenue
Oklahoma City, OK 73102

Chris Hammons
Jason M. Hicks
Laird Hammons Laird, PLLC
1332 S.W. 89th Street
Oklahoma City, OK 73139

Richard C. Smith
Municipal Counselor's Office
200 North Walker
Oklahoma City, OK 73102                    s/ Susan Ann Knight
                                           Susan Ann Knight