**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF THE STATE OF OKLAHOMA**

| | | |
|---|---|---|
| 1. | SHERRY ELLIS, | ) |
| | | ) |
| 2. | CARLA RAINES, | ) |
| | | ) |
| 3. | REGINA COPELAND, | ) |
| | | ) |
| | Plaintiffs, | ) |
| | | ) |
| v. | | )   CIV-2016-16-019-HE |
| | | ) |
| 1. | DANIEL HOLTZCLAW, individually, | ) |
| | | ) |
| 2. | THE CITY OF OKLAHOMA CITY, | ) |
| | OKLAHOMA, a municipal corporation, | ) |
| | | ) |
| | Defendants. | ) |

**NOTICE TO THE COURT**

**COME NOW THE PLAINTIFFS**, and on behalf of the Plaintiffs in cases CIV-16-412-HE, CIV-16-349-HE, advise that Mark Hammons, by consent of all other counsel, will serve as the lead contact and coordinator for discovery purposes as to all Plaintiffs in these cases as to matters involving Defendants Holtzclaw and Oklahoma City.  A decision has not been made as to whether this counsel will serve as coordinator in discovery matters involving other defendants.

Discovery matters pertaining to case CIV-16-184 will be handled by Melvin Hall, Damario Solomon-Simmons, and Benjamin Crump.

**RESPECTFULLY SUBMITTED THIS 13th DAY OF JULY, 2016.**

s/ Mark E. Hammons
Mark Hammons, OBA No. 3784
HAMMONS, GOWENS, HURST &
ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: tara@hammonslaw.com
meagun@hammonslaw.com
*Counsel for Plaintiffs Ellis and Raines*

s/ Jason M. Hicks
Chris Hammons, OBA #20233
Jason M. Hicks, OBA #22176
Laird Hammons Laird, PLLC
1332 S.W. 89th Street
Oklahoma City, OK 73139
Telephone:(405) 703-4567
Facsimile:(405)703-4061
E-mail: Jason@lhllaw.com
*Counsel for Plaintiff, Regina Copeland*

**CERTIFICATE OF SERVICE**

A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and mailing on the counsel listed below on July 13, 2016.

Susan Ann Knight, OBA# 14594
Stacey Haws Felkner OBA# 14737
Asst. Municipal Counselor
211 North Robinson Avenue, Ste 800 N.
Oklahoma City, OK 73102
Telephone:(405) 235-4671
Facsimile: (405) 235-5247
E-mail: susanannknight@gmail.com
        sfelkner@fentonlaw.com
*Counsel for Daniel Holtzclaw*

Rick Smith, OBA # 8397
Sherri R. Katz
Asst. Municipal Counselor
200 North Walker Ste 400
Oklahoma City, OK 73102
Telephone:(405) 297-2451
Facsimile:(405) 297-3851
E-mail: rick.smith@okc.gov
sherri.katz@okc.gov
*Counsel for City*
*(Also Counsel for Rocky Gregory and Bill Citty)*

s/ Mark E. Hammons

Additionally, a copy of the foregoing was served via email to the following recipients:

Damario Solomon-Simmons, OBA #20340
502 W. 6th Street
Tulsa, OK 74119
918-587-3261
918-587-9708
dsimmons@riggsabney.com
*Attorney for Tabatha Barnes, et al*

Melvin C. Hall, OBA #3728
528 NW 12th St.
Oklahoma City, OK 73103
405-843-9909
405-842-2913
mhall@riggsabney.com
*Attorney for Tabatha Barnes, et al*

Benjamin L. Crump
PARKS & CRUMP, LLC
240 North Magnolia Dr.
Tallahassee, FL 32301
850-222-3333
850-224-6679
bcrump@parkscrump.com
*Attorney for Tabatha Barnes, et al*

Nkem House, OBA #21219
Rhone & House, P.A.
527 N.W. 23rd St., Suite 200
Oklahoma City, OK 73103
405-602-5393
405-602-5390
houselawfirm@gmail.com
*Attorney for Rosetta Grate*

Andrew Casey
Stinnett Law
404 E. Dewey Ave.
Sapulpa, OK 74066
918-227-1177
918-227-1197
andrew@stinnettlaw.com
*Attorney for Adaira Gardner*

Jim Dowell
Jim D Dowell PC
1807 Oklahoma Ave.
Woodward, OK 73801
580-254-0081
580-254-0037
jdowell@dowelllaw.net
*Attorney for Adaira Gardner*

Ambre C. Gooch, OBA #16586
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th St, Second Floor
Oklahoma City, OK 73105
405-524-2070
405-524-2078
gooch@czwglaw.com
*Attorney for Brian Bennett*

Chris J. Collins
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th St, Second Floor
Oklahoma City, OK 73105
405-524-2070
405-524-2078
cjc@czwlaw.com
*Attorney for Brian Bennett*

s/ Mark E. Hammons