**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **1. SHERRY ELLIS** | **)** | |
| **2. CARLA RAINES** | **)** | |
| **3. REGINA COPELAND** | **)** | |
| | **)** | |
| **Plaintiffs,** | **)** | **Case No. CIV-16-019-HE** |
| **v.** | **)** | |
| | **)** | |
| **1. DANIEL HOLTZCLAW, individually,** | **)** | |
| **2. THE CITY OF OKLAHOMA CITY,** | **)** | |
| **OKLAHOMA, a municipal corporation,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

**CHANGE OF ADDRESS**

To the Clerk of this court and all parties of record:

Please note my change of address as counsel in the above styled case for defendant Daniel Holtzclaw.

s/ Stacey Haws Felkner March 21, 2017
Signature Date

STACEY HAWS FELKNER
Print Name

COLLINS, ZORN & WAGNER, P.C.
Firm Name

429 N.E. 50th, Second Floor
New Address

Oklahoma City, Oklahoma 73105
City, State, Zip Code

405/524-2070 405/524-2078
Phone Number Fax Number

SHF@czwlaw.com
Email Address

**CERTIFICATE OF MAILING**

This is to certify that on this 21st day of March, 2017, a true and correct copy of the above and foregoing was served on the following, who are registered participants of the ECF System:

Mark Hammons
Leah M. Roper
Amber L. Hurst
Hammons, Gowens, Hurst & Associates
325 Dean A. McGee Avenue
Oklahoma City, OK 73102

Chris Hammons
Jason M. Hicks
Laird Hammons Laird, PLLC
1332 S.W. 89th Street
Oklahoma City, OK 73139

Richard C. Smith
Sherri R. Katz
Municipal Counselor's Office
200 North Walker
Oklahoma City, OK 73102

/s/ Stacey Haws Felkner
Stacey Haws Felkner