

Eric Holtzclaw
1101 Creekdale
Enid, OK 73703

**RECEIVED**
JUN 14 2017
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

7017 1070 0000 8200 9224

CERTIFIED MAIL



1000

73102

U.S. POSTAGE PAID
ENID, OK
73701
JUN 13, 17
AMOUNT
$3.84
R2305K138190-15



United States District Court
For Western District of Oklahoma
ATTN: Court Clerk, Ms. Carmelita Shinn
200 NW 4th Street
Room 1210
OKC, OK 73102