**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF THE STATE OF OKLAHOMA**

| | |
|---|---|
| 1.   SHERRY ELLIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CIV-2016-019-HE |
| | ) |
| 1.   DANIEL HOLTZCLAW, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**APPLICATION FOR AGREED PROTECTIVE ORDER**
**WITH PLAINTIFFS AND DEFENDANT CITY OF OKLAHOMA CITY**

**COME NOW** the Plaintiffs Sherry Ellis and Carla Raines and Defendant City of Oklahoma City, and respectfully move this Court to enter the Agreed Protective Order, submitted to this Court via email. In support of this Application, the parties show this Court as follows:

1.   The parties have been and are currently engaged in written discovery and document production;

2.   Certain documents and information have been requested in this case which the parties believe to be confidential; and,

3.   The parties have agreed to protect against the disclosure of certain information to certain persons outside of this case through proposed Agreed Protective Order.

**WHEREFORE,** all premises considered, the parties respectfully request this Court's approval of the proposed Agreed Protective Order, which will be submitted for the Court's consideration via email.

-1-

**RESPECTFULLY SUBMITTED THIS <u>6th</u> DAY OF MAY 2019.**

s/ Mark Hammons
Mark Hammons, OBA No. 3784
Kristin Richards, OBA No. 33255
HAMMONS, GOWENS, HURST & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email:amber@hammonslaw.com
*Counsel for Plaintiffs Ellis and Raines*


and

s/ Rick Smith
(*Signed with permission*)
Rick Smith, OBA No. 8397
Sherri R. Katz, OBA No.
Asst. Municipal Counselor
200 North Walker Ste 400
Oklahoma City, OK 73102
Telephone:(405) 297-2451
Facsimile:(405) 297-3851
E-mail: rick.smith@okc.gov
sherri.katz@okc.gov
*Counsel for OKC*

## CERTIFICATE OF SERVICE

☒ I hereby certify that on this 6TH  day of MAY, 2019 , I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants;

Benjamin Lloyd Crump, FL Bar No.72583
Ben Crump Law, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
Phone: (844) 638-1822
bencrump@bencrump.com

Melvin C. Hall, OBA No. 3728
RIGGS, ABNEY, NEAL, TURPEN,
ORBISON & LEWIS
528 NW 12th St.
Oklahoma City, OK 73103
Telephone: (405) 843-9909
Facsimile:  (405) 842-2913
mhall@riggsabney.com

Damario Solomon-Simmons, OBA No. 20340
502 W. 6th Street
Tulsa, OK 74119
918-587-3261
918-587-9708
dsimmons@riggsabney.com
*Attorneys for Plaintiff Regina Copeland*

Kathleen Zellner, Admitted *Pro Hac Vice*
Kathleen T. Zellner & Associates
1901 Butterfield Rd., Suite 650
Downers Grove, IL 60515
Telephone: 630-955-1212
Facsimile: 630-955-1111
ktzemployees@gmail.com
*Counsel for Daniel Holtzclaw*