# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF THE STATE OF OKLAHOMA

| | | |
|---|---|---|
| 1.  SHERRY ELLIS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIV-2016-16-019-HE |
| | ) | |
| 1.  DANIEL HOLTZCLAW, et al, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

**COMES NOW AMBER HURST**, and hereby pray leave of the Court to withdraw from the representation of all Plaintiff's in this case. In support of this Motion, Counsel advises the Court as follows:

1. Attorney Amber Hurst is no longer working on this case;
2. Mark Hammons will continue to act as the lead counsel for the Plaintiff's in this case;
3. This will not affect any future deadlines in the case; and,
4. Plaintiff's counsel contacted Defendant's counsel on May 3, 2019, and have not received any objections.

**WHEREFORE**, Counsel pray that she be allowed to withdraw from further representation of all Plaintiffs in this case.

**RESPECTFULLY SUBMITTED THIS 9th DAY OF MAY 2019.**

s/ Amber Hurst
Mark Hammons, OBA No. 3784
Amber Hurst, OBA No. 21231
HAMMONS, GOWENS, HURST & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email:amber@hammonslaw.com
*Counsel for Plaintiffs Ellis and Raines*

## CERTIFICATE OF SERVICE

☒ I hereby certify that on this 9th day of MAY, 2019 , I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants;

Benjamin Lloyd Crump, FL Bar No.72583
Ben Crump Law, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
Phone: (844) 638-1822
bencrump@bencrump.com

Melvin C. Hall, OBA No. 3728
RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS
528 NW 12th St.
Oklahoma City, OK 73103
Telephone: (405) 843-9909
Facsimile: (405) 842-2913
mhall@riggsabney.com

Damario Solomon-Simmons, OBA No. 20340
502 W. 6th Street
Tulsa, OK 74119
918-587-3261
918-587-9708
dsimmons@riggsabney.com
*Attorneys for Plaintiff Regina Copeland*

Kathleen Zellner, Admitted *Pro Hac Vice*
Kathleen T. Zellner & Associates
1901 Butterfield Rd., Suite 650
Downers Grove, IL 60515
Telephone: 630-955-1212
Facsimile: 630-955-1111
ktzemployees@gmail.com
*Counsel for Daniel Holtzclaw*

Rick Smith, OBA No. 8397
Sherri R. Katz, OBA No.
Asst. Municipal Counselor
200 North Walker Ste 400
Oklahoma City, OK 73102
Telephone:(405) 297-2451
Facsimile:(405) 297-3851
E-mail: rick.smith@okc.gov
sherri.katz@okc.gov
*Counsel for City*

s/ Amber Hurst