# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SHERRY ELLIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | NO. CIV-16-0019-HE |
| | ) | |
| DANIEL HOLTZCLAW, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| TABATHA BARNES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | NO. CIV-16-0184-HE |
| | ) | |
| CITY OF OKLAHOMA CITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| ADAIRA GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-16-0349-HE |
| | ) | |
| DANIEL HOLTZCLAW, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

---

| | |
|---|---|
| ROSETTA GRATE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF OKLAHOMA CITY, *et al.*, )<br>)<br>Defendants. ) | NO. CIV-16-0412-HE |

## ORDER

Any party objecting to the motions of certain plaintiffs for extension of deadlines [Doc. #208 in Case No. CIV-16-0019-HE and Doc. #327 in Case No. CIV-16-0184-HE] is directed to file its response by **June 10, 2021**.

**IT IS SO ORDERED**.

Dated this 1st day of June, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE