# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  SHERRY ELLIS, | ) |
| 2.  CARLA RAINES, | ) |
| Plaintiffs, | ) |
| v. | ) CIV-2016-16-019-HE |
| 1.  DANIEL HOLTZCLAW, individually, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Brandon D. Roberts moves this Court for an Order allowing him to withdraw as counsel of record for Plaintiffs, Sherry Ellis and Carla Raines. In support of this Motion, Mr. Roberts states as follows:

1. Plaintiff has been represented by Brandon D. Roberts, Mark E. Hammons, and Amber L. Hurst of the law firm of Hammons, Hurst & Associates.

2. Mr. Roberts left the firm effective May 31, 2022. Therefore, it is necessary for him to withdraw as counsel of record for Plaintiff.

3. Plaintiff will continue to be represented by Mark E. Hammons and Amber L. Hurst of Hammons, Hurst & Associates.

4. This Motion will not delay any deadlines in this case.

**WHEREFORE**, Brandon D. Roberts respectfully requests that the Court enter an Order allowing him to withdraw as one of the counsel of record for Plaintiff.

**RESPECTFULLY SUBMITTED THIS 3ᴿᴰ DAY OF JUNE 2022.**

                                        HAMMONS, HURST & ASSOCIATES

                                        s/ Brandon D. Roberts  
                                        Mark E. Hammons, OBA No. 3784  
                                        Amber L. Hurst OBA No. 21231  
                                        Brandon D. Roberts OBA No. 34012  
                                        HAMMONS, HURST & ASSOCIATES  
                                        325 Dean A. McGee Avenue  
                                        Oklahoma City, Oklahoma 73102  
                                        Telephone: (405) 235-6100  
                                        Email: brandon@hammonslaw.com  
                                        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

A true of copy of this amended complaint was served on Defendant's counsel below listed by use of this Court's ECF system of filing and service on this 3ᴿᵈ day of June, 2022:

James L. Hankins, OBA # 15506  
MON ABRIE BUSINESS CENTER  
2524 N. Broadway  
Edmond, OK 73034  
Telephone:   (405) 753-4150  
Facsimile:    (405) 445-4956  
Email:        jameshankins@ocdw.com

                                          s/Brandon D. Roberts